Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Wendy Miele (SBN 165551)
wmiele@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff
Dana Hughes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUGHES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICETITAN, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01399-RGK-SSC<br><br>**PLAINTIFF DANA HUGHES' REQUEST FOR DISMISSAL WITH PREJUDICE** |

# REQUEST FOR DISMISSAL

Plaintiff Dana Hughes and Defendant ServiceTitan, Inc. have engaged in direct settlement discussions and come to a mutual agreement. A confidential Settlement Agreement and Release was signed by both parties on April 1, 2024, and Defendant's settlement payment was received on April 11, 2024. Therefore, Plaintiff, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs. See Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. See Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: April 11, 2024	TAULER SMITH LLP


By:	 /s/ Robert Tauler 
	Robert Tauler, Esq.
	Wendy Miele, Esq.
	*Attorneys for Plaintiff*
	*Dana Hughes*

# CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: April 11, 2024					TAULER SMITH LLP

					By:	/s/ Robert Tauler
						Robert Tauler, Esq.
						Wendy Miele, Esq.
						*Attorneys for Plaintiff*
						*Dana Hughes*